UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV354-MU

| | |
|---|---|
| **ARLEEN F. BROOKS,** )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>)<br>**MICHAEL J. ASTRUE, Commissioner** )<br>    of Social Security )<br>)<br>    Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's "Application To Proceed Without Prepayment Of Fees . . . ," filed July 31, 2008.

In support of her Application, the Plaintiff represents that she currently is not employed and has not been employed since 1990; she has no cash or checking or savings account; and she has no real estate, financial instruments or automobiles or any other thing of value. Plaintiff indicates that she has received money from friends and family in the last twelve months but does not indicate the amount.

Plaintiff's failure to provide the amount of assistance provided to her by family and friends, particularly in light of her assertion of complete poverty, renders her motion incomplete. Consequently, the Court will not grant the instant Application to

proceed in <u>forma pauperis</u>. In the alternative, the Court will give Plaintiff additional time in which to file a supplement to her Application. Such supplement should list the amount of support received from family and friends and all financial support which Plaintiff receives from any and every source, including state and federal government sources if any.

**NOW, THEREFORE, IT IS HEREBY ORDERED that:**

1. The Court's ruling on Plaintiff's Application To Proceed Without Prepayment of Fees is **DEFERRED**; and

2. Within fifteen (15) days of the date of this Order, Plaintiff shall file a supplement to her Application, providing complete information concerning her financial status. **Failure to file the subject supplement will result in a denial of Plaintiff's Application To Proceed Without Prepayment Of Fees**.

Signed: August 13, 2008

Graham C. Mullen
United States District Judge