# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arleen F. Brooks,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-154-DSC

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2009 Order.

Signed: May 8, 2009

Frank G. Johns, Clerk
United States District Court